**FILED**
CLERK, U.S. DISTRICT COURT

05/04/2023

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>YAZAN MILBES,<br><br>          Defendant. | No. 5:23-cr-00088-SSS<br><br>I N F O R M A T I O N<br><br>[26 U.S.C. § 7206(1): Subscribing to a False Tax Return; 18 U.S.C. § 1341: Mail Fraud] |

The United States Attorney charges:

### COUNT ONE

### [26 U.S.C. § 7206(1)]

On or about February 3, 2020, in San Bernardino County, within the Central District of California, and elsewhere, defendant YAZAN MILBES willfully made and subscribed to a materially false U.S. Individual Income Tax Return, Form 1040, for defendant MILBES and his wife for tax year 2019, which was verified by a written declaration from defendant MILBES that it was made under the penalties of perjury, and which defendant MILBES filed with the Internal Revenue Service, knowing the tax return was not true and correct as to every material matter contained therein, in that the tax return reported total income (line item 7b) of $18,000, whereas, in fact, as

defendant MILBES then knew and believed, the amount of total income required to be reported on such return was substantially greater.

COUNT TWO

[18 U.S.C. §§ 1341, 2(b)]

A.   THE SCHEME TO DEFRAUD

    1.   Beginning on a date unknown and continuing through at least in or about December 2020, in San Bernardino and Riverside Counties, within the Central District of California, and elsewhere, defendant YAZAN MILBES, knowingly and with intent to defraud, devised, participated in, and executed a scheme to defraud the State of California as to material matters, and to obtain money and property from the State of California by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

    2.   The fraudulent scheme operated, in substance, in the following manner:

        a.   Defendant MILBES applied for welfare benefits provided by the State of California, including CalFresh EBT and housing benefits.

        b.   On applications, certifications, and re-certifications for those benefits, defendant MILBES falsely underreported his income in order to qualify for those benefits because had defendant MILBES's reported his true income he would not have so qualified.

        c.   Defendant MILBES would send applications, certifications, and re-certifications to the County of Riverside and elsewhere using the United States mails.

        d.   During calendar years 2013 to 2020, defendant MILBES received a total of more than $100,000 in benefits from the State of California to which he knew he was not entitled.

B. <u>USE OF THE MAILS</u>

3. On or about June 5, 2018, in San Bernardino County, within the Central District of California, defendant MILBES, for the purpose of executing the above-described scheme to defraud, willfully caused an item to be placed in an authorized depository for mail matter to be sent and delivered by the United States Postal Service according to the directions thereon, specifically, a "CalFresh Recertification Application" signed by defendant MILBES, which falsely represented that his monthly gross income was only $1,500, when in fact, his monthly gross income was substantially greater.

E. MARTIN ESTRADA
United States Attorney

*Scott M. Garringer
Deputy Chief, Criminal Division For:*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRADLEY E. MARRETT
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

DENNISE D. WILLETT
CHARLES E. PELL
Assistant United States Attorneys
Santa Ana Branch Office